# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 9, 2014

## NO. 03-12-00745-CV

**Texas Health & Human Services Commission; and Kyle Janek, in his Official Capacity as Executive Commissioner of the Texas Health & Human Services Commission, Appellants**

**v.**

**Planned Parenthood of Greater Texas Family Planning and Preventative Health Services, Inc.; Planned Parenthood Association of Hidalgo County Texas, Inc.; Planned Parenthood Association of Lubbock, Inc.; Planned Parenthood Association of Cameron and Willacy Counties; Family Planning Associates of San Antonio; Planned Parenthood Gulf Coast, Inc.; and Planned Parenthood of West Texas, Inc., Appellees**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
VACATED AND DISMISSED FOR WANT OF JURISDICTION –
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on November 9, 2012. Having reviewed the record, it appears that this cause is moot. Therefore, the Court vacates the district court's order and dismisses the cause for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.